UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FEDERAL TRADE COMMISSION,
et al.

      Plaintiffs,

vs.                                            Case No.   3:22-cv-655-MMH-JBT

TREASHONNA P. GRAHAM, et al.,

      Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Receiver's Unopposed Motion for Authority to Sell Property of the Receivership Estate (2020 Kia Telluride) (Doc. 61; Motion), filed on October 4, 2022. In the Motion, the Receiver requests authorization to sell a 2020 Kia Telluride automobile via public auction sale on October 22, 2022. According to the Receiver, the vehicle is titled in the name of Receivership Defendant C Lee Enterprises LLC. The Receiver represents to the Court that the Motion is not opposed by any of the parties. See Motion at 2, 8. Upon review of the Motion, and fully aware of the record in this case, the Court finds good cause for the requested relief. Accordingly, it is

**ORDERED:**

1. The Receiver's Unopposed Motion for Authority to Sell Property of the Receivership Estate (2020 Kia Telluride) (Doc. 61) is **GRANTED**.

2. The Receiver is authorized to sell the 2020 Kia Telluride identified in the Motion at the absolute, public auction presently scheduled for October 22, 2022, and to pay the auctioneer, John Harris of Harris Auctions, LLC, the buyer's premium collected at the sale.

**DONE AND ORDERED** in Jacksonville, Florida this 6th day of October, 2022.

*[Signature]*

MARCIA MORALES HOWARD
United States District Judge

lc11
Copies to:

Counsel of Record
Pro Se Parties