UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FEDERAL TRADE COMMISSION, and

OFFICE OF THE ATTORNEY
GENERAL,
STATE OF FLORIDA,
DEPARTMENT OF LEGAL AFFAIRS,

        Plaintiffs,

v.

TREASHONNA P. GRAHAM, et al.,

        Defendants.

Case No. 3:22-cv-655-MMH-JBT

### NOTICE OF FILING OF PROPOSED STIPULATED ORDERS FOR PERMANENT INJUNCTION, MONETARY JUDGMENT, AND OTHER RELIEF

Plaintiffs, the Federal Trade Commission ("FTC"), and the Office of the Attorney General, State of Florida, Department of Legal Affairs ("Florida Attorney General"), respectfully submit this Notice of Filing regarding two attached proposed stipulated orders: (1) proposed Stipulated Order for Permanent Injunction, Monetary Judgment, and Other Relief as to Defendants Treashonna P. Graham and C Lee Enterprises LLC, and (2) proposed Stipulated Order for Permanent Injunction, Monetary Judgment, and Other Relief as to Relief Defendant Joey L. Williams. Plaintiffs, Defendants, and Relief Defendant Williams have stipulated to the entry of the proposed stipulated orders. These proposed orders, in conjunction with the concurrently filed Motion for Entry of Default Judgments as to Relief Defendants RFNF Trucking LLC and A Pot and Two Windows LLC, if granted by the Court,

will resolve all matters in dispute in this action. Plaintiffs respectfully request that they be entered as Orders of the Court.

Dated: November 22, 2022			Respectfully submitted,

/s/ Miriam Lederer
Miriam Lederer
Daniel Wilkes
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Mail Drop CC-9528
Washington, D.C. 20580
(202) 326-2975 (Lederer), -3679 (Wilkes)
mlederer@ftc.gov; dwilkes@ftc.gov
*Counsel for Plaintiff*
FEDERAL TRADE COMMISSION

/s/ Carol E.A. DeGraffenreidt
Carol E.A. DeGraffenreidt
Office of the Attorney General
Consumer Protection Division
1300 Riverside Boulevard, Suite 405
Jacksonville, FL  32207
Carol.DeGraffenreidt@myfloridalegal.com
*Counsel for Plaintiff*
FLORIDA ATTORNEY GENERAL

## CERTIFICATE OF SERVICE

I certify that, on November 22, 2022, I electronically filed the forgoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Robert Eckard
*Counsel for Defendants Treashonna P. Graham and C Lee Enterprises LLC*

Mark J. Bernet
*Receiver*

I certify that I served the forgoing document by FedEx, no signature required, to the following non-CM/ECF participants:

Joey L. Williams
135 NE Mannon Ct.
Lake City, Florida 32055
*Relief Defendant*

RFNF Trucking LLC
c/o Joey L. Williams, Manager
135 NE Mannon Ct.
Lake City, Florida 32055

and

RFNF Trucking LLC
c/o United States Corp. Agents, Inc., registered agent
5575 S. Semoran Blvd., Ste. 36
Orlando, FL 32822
*Relief Defendant*

A Pot and Two Windows LLC
c/o Joey L. Williams, registered agent
135 NE Mannon Ct.
Lake City, Florida 32055
*Relief Defendant*

I certify that I also served the forgoing document to:

jw8985@gmail.com (the email address through which Joey L. Williams has been communicating with Plaintiffs' counsel).

/s/ Daniel T. Wilkes

Daniel T. Wilkes
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Mail Drop CC-9528
Washington, D.C. 20580
(202) 326-3679
dwilkes@ftc.gov