UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FEDERAL TRADE COMMISSION,
et al.,

      Plaintiffs,

v.                                                                      CASE NO. 3:22-cv-655-MMH-JBT

TREASHONNA P. GRAHAM, etc.,
et al.,

      Defendants.
_____/

## REPORT AND RECOMMENDATION

**THIS CAUSE** is before the undersigned on Defendant Treashonna P. Graham's Counsel's Unopposed Motion for Attorneys' Fees and Costs ("Motion") (Doc. 71). For the reasons stated herein, the undersigned respectfully **RECOMMENDS** that the Motion be **GRANTED**, and that the Court order the immediate disbursement of $10,000.00 from and upon the sale by the Receiver of the property located at 1159 SW Ichetucknee Avenue, Lake City, Florida 32024, to the law firm Robert Eckard & Associates, P.A. for the payment of outstanding attorneys' fees and costs in this matter.

The Motion represents that Defendants Treashonna P. Graham and C Lee Enterprises LLC (the "Graham Defendants") owe the law firm Robert Eckard & Associates, P.A. ("Counsel") "in excess of $35,000.00[] for legal services performed for and on [the Graham Defendants'] behalf." (Doc. 71 at 2.) Further,

"in lieu of withdrawing from representation and leaving the [Graham] Defendants without counsel; and as an inducement to remain in this case, the Plaintiffs agreed to release a monetary distribution in the amount of $10,000.00 to [Counsel] upon the sale of Defendant Graham'[s] forfeited home."  (*Id.*)  In addition, Counsel represents that it will discharge the Graham Defendants' remaining balance upon receipt of the $10,000.00.  (*Id.*)

Therefore, in light of Plaintiffs' agreement to the unopposed (by all parties) requested relief, the amount to be disbursed for the requested fee, and Counsel's representation that over $35,000.00 has been incurred for legal services rendered to the Graham Defendants, together with the unusual circumstances of this case, the undersigned recommends that the Court waive the requirements of Local Rule 7.01 and grant the Motion.

Accordingly, it is respectfully **RECOMMENDED** that:

1. The Motion (**Doc. 71**) be **GRANTED**.

2. The Court order the immediate disbursement of $10,000.00 from and upon the sale by the Receiver of the property located at 1159 SW Ichetucknee Avenue, Lake City, Florida 32024, to the law firm Robert Eckard & Associates, P.A. for the payment of outstanding attorneys' fees and costs in this matter.

## Notice to Parties

"Within 14 days after being served with a copy of [this Report and Recommendation], a party may serve and file specific written objections to the

proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). "A party may respond to another party's objections within 14 days after being served with a copy." *Id.* A party's failure to serve and file specific objections to the proposed findings and recommendations alters the scope of review by the District Judge and the United States Court of Appeals for the Eleventh Circuit, including waiver of the right to challenge anything to which no specific objection was made. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1.

**DONE AND ENTERED** in Jacksonville, Florida, on January 11, 2023.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

The Honorable Marcia Morales Howard
United States District Judge

Counsel of Record

3