UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FEDERAL TRADE COMMISSION, et al.

      Plaintiffs,

vs.                                      Case No. 3:22-cv-655-MMH-JBT

TREASHONNA P. GRAHAM, et al.,

      Defendants.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 79; Report), entered by the Honorable Joel B. Toomey, United States Magistrate Judge, on January 11, 2023. In the Report, Judge Toomey recommends that Defendant Treashonna P. Graham's Counsel's Unopposed Motion for Attorneys' Fees and Costs (Dkt. No. 71; Motion) be granted, and that the Court order the immediate disbursement of $10,000.00 from and upon the sale by the Receiver of the property. See Report at 1, 2. No objections to the Report have been filed, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). Pursuant to Rule 72, Federal Rules of Civil Procedure (Rule(s)), the Court "must determine de novo any part of the magistrate judge's disposition that has been properly objected to." See Rule 72(b)(3); see also 28 U.S.C. § 636(b)(1). However, a party waives the right to challenge on appeal any unobjected-to factual and legal conclusions. See 11th Cir. R. 3-1.[1] As such, the Court reviews those portions of the Magistrate Judge's findings to which no objection was filed for plain error and only if necessary, in the interests of justice. See id.; see also Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate [judge's] factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings."); Dupree v. Warden, 715 F.3d 1295, 1304-05 (11th Cir. 2013) (recommending the adoption of what would become 11th Circuit Rule 3-1 so that district courts do not have "to spend significant amounts of time and resources reviewing every issue—whether objected to or not.").

---

[1] The Magistrate Judge properly informed the parties of the time period for objecting and the consequences of failing to do so. See Report at 2-3.

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 79) is **ADOPTED** as the opinion of the Court.

2. Defendant Treashonna P. Graham's Counsel's Unopposed Motion for Attorneys' Fees and Costs (Dkt. No. 71) is **GRANTED**.

3. The Court orders the immediate disbursement of $10,000.00 from and upon the sale by the Receiver of the property located at 1159 SW Ichetucknee Avenue, Lake City, Florida 32024, to the law firm Robert Eckard & Associates, P.A. for the payment of outstanding attorneys' fees and costs in this matter.

**DONE AND ORDERED** in Jacksonville, Florida, this 27th day of January, 2023.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record