UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and<br><br>OFFICE OF THE ATTORNEY GENERAL, STATE OF FLORIDA, DEPARTMENT OF LEGAL AFFAIRS,<br><br>        Plaintiffs,<br><br>v.<br><br>TREASHONNA P. GRAHAM, et al.,<br><br>        Defendants. | Case No. 3:22-cv-655-MMH-JBT<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENTS AS TO RELIEF DEFENDANTS RFNF TRUCKING LLC AND A POT AND TWO WINDOWS LLC** |

Plaintiffs Federal Trade Commission ("FTC"), and Office of the Attorney General, State of Florida, Department of Legal Affairs ("Florida Attorney General"), file this Notice withdrawing Plaintiffs' Motion for Entry of Default Judgment as to Relief Defendants RFNF Trucking LLC and A Pot and Two Windows LLC (Doc. 70).

Plaintiffs are considering how to proceed at this juncture. The FTC is headed by five Commissioners, and certain FTC actions may only be taken by the affirmative concurrence of a majority of participating Commissioners. 16 C.F.R. § 4.14(c). The Commissioners cannot delegate this authority. Plaintiffs will provide

additional information regarding how they wish to proceed within thirty (30) days of this Notice.

                                                Respectfully submitted,

Dated: February 17, 2023      /s/ Daniel T. Wilkes
                                              Miriam Lederer
                                              Daniel T. Wilkes
                                              Federal Trade Commission
                                              600 Pennsylvania Avenue, N.W.
                                              Mail Drop CC-9528
                                              Washington, D.C. 20580
                                              (202) 326-2975 (Lederer), -3679 (Wilkes)
                                              mlederer@ftc.gov; dwilkes@ftc.gov

                                              Attorneys for Plaintiff
                                              FEDERAL TRADE COMMISSION


                                              ASHLEY MOODY

                                              Attorney General State of Florida


Dated: February 17, 2023      /s/ Carol E.A. DeGraffenreidt
                                              Carol E.A. DeGraffenreidt
                                              Office of the Attorney General
                                              Consumer Protection Division
                                              1300 Riverside Boulevard, Suite 405
                                              Jacksonville, FL   32207
                                              Carol.DeGraffenreidt@myfloridalegal.com

                                              Attorney for Plaintiff
                                              OFFICE OF THE ATTORNEY GENERAL
                                              STATE OF FLORIDA DEPARTMENT OF
                                              LEGAL AFFAIRS

## CERTIFICATE OF SERVICE

I certify that, on February 17, 2023, I electronically filed the forgoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Robert Eckard
*Counsel for Defendants Treashonna P. Graham and C Lee Enterprises LLC*

Mark J. Bernet
*Receiver for C Lee Enterprises LLC*

I certify that I served the forgoing document by U.S. Mail, First Class, to the following non-CM/ECF participants:

Joey L. Williams
135 NE Mannon Ct.
Lake City, Florida 32055
*Relief Defendant*

RFNF Trucking LLC
c/o Joey L. Williams, Manager
135 NE Mannon Ct.
Lake City, Florida 32055

and

RFNF Trucking LLC
c/o United States Corp. Agents, Inc., registered agent
5575 S. Semoran Blvd., Ste. 36
Orlando, FL 32822
*Relief Defendant*

A Pot and Two Windows LLC
c/o Joey L. Williams, registered agent
135 NE Mannon Ct.
Lake City, Florida 32055
*Relief Defendant*

I certify that I also served the forgoing document to:

jw8985@gmail.com (the email address through which Joey L. Williams has

3

been communicating with Plaintiffs' counsel).

/s/ Daniel T. Wilkes
Daniel T. Wilkes
Federal Trade Commission