UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FEDERAL TRADE COMMISSION,
et al.

        Plaintiffs,

vs.                                                        Case No. 3:22-cv-655-MMH-JBT

TREASHONNA P. GRAHAM, et al.,

        Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiffs' Notice of Voluntary Dismissal as to Relief Defendants RFNF Trucking LLC and A Pot and Two Windows LLC (Dkt. No. 83; Notice) filed on February 27, 2023. In the Notice, Plaintiffs request dismissal of the claims raised against Defendants RFNF Trucking LLC and A Pot and Two Windows LLC. See Notice at 1. Upon review of the docket, the Court notes that these Defendants have neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED:**

1. The claims raised against Defendants RFNF Trucking LLC and A Pot and Two Windows LLC are **DISMISSED**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 28th day of February, 2023.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Parties